IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Darryl D. Taylor,                  :
                                   :
        Plaintiff(s),              :
                                   :   Case Number: 1:16cv400
    vs.                            :
                                   :   Judge Susan J. Dlott
Dora Young, et al.,                :
                                   :
        Defendant(s).              :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 12, 2016 a Report and Recommendations (Doc. 4).  Subsequently, the plaintiff filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the plaintiff's complaint (Doc. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore plaintiff is denied leave to appeal *in forma pauperis*.  See *McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Judge Susan J. Dlott
                                    United States District Court